**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 286 WAL 2022

           Respondent              :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

           v.                   :

                                :

GLENN A. LEVTZOW,              :

                                :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.